An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DONOVAN CHARLES STONER,
Appellant,
vs.
DR. DONNELLY; DR. SCOTT; DONALD
HELLING; AND JACK PALMER,
Respondents.

No. 64752

**FILED**

OCT 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Appellant filed a notice of withdrawal of appeal, which we construe as a motion to voluntarily dismiss this appeal. *See* NRAP 42(b). The motion is granted, and we hereby dismiss this appeal with the parties to bear their own costs and fees, if any. *See id.*

It is so ORDERED.

_____, C.J.

cc:   Hon. Michael Montero, District Judge
Donovan Charles Stoner
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-35548